# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Lead Case No. 14-80570-CIV-DIMITROULEAS/SNOW

---

IN RE THE ADT CORPORATION DERIVATIVE LITIGATION

This Document Relates To:

ALL ACTIONS

---

Case No. 9:14-cv-80859-WPD

CHARLES ZIMMERMAN, Derivatively on Behalf of Nominal Defendant, THE ADT CORPORATION,

       Plaintiff,

  vs.

NAREN GURSAHANEY, KATHRYN A. MIKELLS, MICHAEL S. GELTZEILER, KEITH A. MEISTER, THOMAS COLLIGAN, TIMOTHY DONAHUE, ROBERT DUTKOWSKY, BRUCE GORDON, BRIDGETTE HELLER, KATHLEEN HYLE, DINESH PALIWAL, and CORVEX MANAGEMENT LP,

       Defendants,

  and

The ADT CORPORATION,

       Nominal Defendant.

---

## ORDER GRANTING JOINT MOTION FOR ENTRY OF ORDER CONSOLIDATING RELATED ACTIONS AND SETTING NEW DEADLINES FOR FILING OF A CONSOLIDATED COMPLAINT AND FOR DEFENDANTS TO RESPOND TO THE COMPLAINTS

THIS CAUSE came before the Court on the Joint Motion for Entry of Order Consolidating Related Actions and Setting New Deadlines for Filing of a Consolidated Complaint and for Defendants to Respond to the Complaints [DE 34]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Joint Motion for Entry of Order Consolidating Related Actions and Setting New Deadlines for Filing of a Consolidated Complaint and for Defendants to Respond to the Complaints [DE 34] is hereby **GRANTED** as follows:

1. The actions entitled *Zimmerman v. Gursahaney*, Case 9:14-cv-80859-WPD and *In re The ADT Corporation Derivative Litigation*, Lead Case No. 14-80570-CIV-DIMITROULEAS/SNOW, which involve the same subject matter, same defendants, and common questions of law and fact, are related actions that, in the interests of justice and efficiency should be and are hereby consolidated for all purposes including pre-trial proceedings and trial, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, under the caption *In re The ADT Corporation Derivative Litigation*, Lead Case No. 14-80570-CIV-DIMITROULEAS/SNOW.

2. Paragraph 7 of the Court's June 17, 2014 Order is modified to include Faruqi & Faruqi, LLP, who is one of the counsel in the Zimmerman Action, as an additional Lead Counsel in the consolidated action along with Saxena White, P.A. and Johnson & Weaver, LLP.

3. Paragraph 13 of the Order dated June 17, 2014 [DE 8] is hereby vacated.

4. Within twenty (20) days of the date of this Order, Plaintiffs shall either (i) serve and file a consolidated amended derivative complaint (the "Consolidated Complaint") that shall serve as the operative complaint in this matter or (ii) notify the Court and Defendants that one of the already-filed complaints shall serve as the operative Consolidated Complaint.

5. Defendants need not respond to the Zimmerman complaint. Defendants shall move or answer in response to the Consolidated Complaint within thirty (30) days after (i) the Consolidated Complaint is served and filed, or (ii) Plaintiffs provide notice to the Court and Defendants that one of the already-filed complaints shall serve as the operative Consolidated Complaint.

6. If Defendants file a motion to dismiss the Consolidated Complaint, Plaintiffs shall have thirty (30) days to respond to the motion to dismiss, and Defendants shall have twenty-one (21) days to file reply papers.

7. The Clerk is **DIRECTED** to file this Order in Case No. 14-80859 and Case No. 14-80570.

8. Upon entry of this Order in both cases, the Clerk shall **ADMINISTRATIVELY CLOSE** Case No. 14-80859.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 16 day of July, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

3